# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2145. MARION SIMPKINS v. BEYLOL INN.**

Marion Simpkins filed an action in Fulton County Magistrate Court against Beylol Inn for suit on account, claiming the building in which she was renting was not up to code. The magistrate court found in favor of Beylol Inn, and Simpkins appealed to the Fulton County State Court, which also ruled against her. Simpkins then filed a notice of appeal from the state court's order. We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (11); see *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Simpkin's failure to comply with the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  08/07/2018*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*